# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

311
KA 15-01071
PRESENT: SMITH, J.P., CARNI, LINDLEY, CURRAN, AND TROUTMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, APPELLANT,

V                                                          ORDER

ALDEN FULLER, DEFENDANT-RESPONDENT.

---

WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (VICTORIA M. WHITE OF COUNSEL), FOR APPELLANT.

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (KRISTEN MCDERMOTT OF COUNSEL), FOR DEFENDANT-RESPONDENT.

-------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), dated February 6, 2015.  The order granted the motion of defendant to dismiss an indictment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 4 and 8, 2016,

It is hereby ORDERED that said appeal is unanimously dismissed upon stipulation.

Entered:  April 29, 2016                    Frances E. Cafarell
                                            Clerk of the Court